MATTHEW D. SCHULTZ (FL Bar No. 640328)
mschultz@levinlaw.com
LEVIN PAPANTONIO RAFFERTY
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Telephone: 850.435.7118

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD CLARK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEYER CORPORATION, U.S.,<br><br>Defendant. | CASE NO.  3:23-cv-00581-JD<br><br>**NOTICE OF WITHDRAWAL OF SCOTT WARRICK AS COUNSEL FOR PLAINTIFF** |

**TO THE CLERK OF THE COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Scott Warrick is no longer an attorney at the law firm of Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A. and therefore is withdrawn as counsel for Plaintiff. Mr. Warrick should be removed from the Court's service list with respect to this action. Attorneys at the law firm of Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A., Pearson Warshaw, LLP, and Milberg Coleman Bryson Phillips Grossman, LLP continue to represent Plaintiff as reflected on the service list and should continue to receive filings in this action accordingly.

DATED: March 13, 2023.

/s/ Matthew D. Schultz
LEVIN PAPANTONIO RAFFERTY
Matthew D. Schultz (FL Bar No. 640328)
Rebecca K. Timmons (FL Bar No. 121701)
316 S. Baylen St., Suite 600
Pensacola, FL 32502
Tel: (850) 435-7140
Fax: (850) 436-6140
mschultz@levinlaw.com
btimmons@levinlaw.com

*Counsel for Plaintiff & the Proposed Class*