DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pwfirm.com
MICHAEL H. PEARSON (Bar No. 277857)
  mpearson@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile:  (818) 788-8104

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| HOWARD CLARK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEYER CORPORATION, U.S.,<br><br>Defendant. | CASE NO. 3:23-CV-00581-JD<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

By stipulation of the Parties, Plaintiff Howard Clark, through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby voluntarily dismisses this action. This dismissal is with prejudice, with the parties having stipulated to pay their own respective attorneys' fees and costs incurred in connection with this action.

DATED: March 18, 2024          Respectfully submitted,

/s/ Michael H. Pearson
Daniel L. Warshaw (CA Bar No. 185365)
Michael H. Pearson (CA Bar No. 277857)
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
*dwarshaw@pwfirm.com*
*mpearson@pwfirm.com*

Melissa S. Weiner (MN BN 0387900)
Ryan T. Gott (MN BN 0397978)
**PEARSON WARSHAW, LLP**
328 Barry Avenue S., Suite 200
Wayzata, Minnesota 55391
Telephone: (612) 389-0600
*mweiner@pwfirm.com*
*rgott@pwfirm.com*

Matthew D. Schultz (FL BN 640328)
Rebecca K. Timmons (FL BN 121701)
**LEVIN PAPANTONIO RAFFERTY**
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502
Telephone: (850) 435-7140
*mschultz@levinlaw.com*
*btimmons@levinlaw.com*

Alex Straus (CA Bar No. 321366)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLP**
16748 McCormick Street
Los Angeles, California 91436
Telephone: (917) 471-1894
Facsimile: (310) 496-3176

|   |   |
|---|---|
| 1 | astraus@milberg.com |
| 2 | Rachel L. Soffin (FL BN 18054) |
| 3 | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLP** |
| 4 | 800 S. Gay St., Suite 1100 |
| 5 | Knoxville, Tennessee 37929 |
|   | Telephone: (865) 247-0080 |
| 6 | rsoffin@milberg.com |
| 7 | Erin J. Ruben (VA BN 73073, NC BN 39184) |
| 8 | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLP** |
| 9 | 900 W. Morgan Street |
| 10 | Raleigh, NC 27603 |
|    | P.O. Box 12638 |
| 11 | Raleigh, NC 27605 |
|    | eruben@milberg.com |
| 12 | Harper T. Segui (GA BN 096540, SC BN 77730) |
| 13 | **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLP** |
| 14 | 825 Lowcountry Blvd., Suite 101 |
| 15 | Mt. Pleasant, SC 29464 |
|    | hsegui@milberg.com |
| 16 | |
| 17 | *Attorneys for Plaintiff and the Putative Class* |

DATED: March 18, 2024        Respectfully submitted,

/s/ *Jon P. Kardassakis*
_____

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JON P. KARDASSAKIS, SB# 90602
E-Mail: Jon.Kardassakis@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MICHAEL K. JOHNSON, SB# 130193
E-Mail: Michael.Johnson@lewisbrisbois.com
2185 N. California Blvd., Suite 300

Walnut Creek, California 94549-2872
Telephone: 925.357.3456
Facsimile: 925.478.3260

*Attorneys for Defendant MEYER CORPORATION, U.S.*

PEARSON WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILER'S ATTESTATION**

Pursuant to Civ. L. R. 5-1 (h)(3), I, Michael H. Pearson, am the ECF user whose identification and password are being used to file this document. I hereby attest that the counsel listed above concur in this filing.

*/s/ Michael H. Pearson*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 18, 2024, I electronically filed the forgoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Michael H. Pearson

PEARSON WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403